No. 410. MARY PARTRIDGE *v.* J. E. CROSBIE ET AL.   Error to the Supreme Court of the State of Oklahoma.   March 19, 1923.   Writ of error dismissed pursuant to the 10th Rule, and petition for a writ of certiorari herein dismissed for failure to comply with the rule as to printing record. *Mr. Burt E. Barlow* and *Mr. Henry B. Martin* for plaintiff in error.   *Mr. A. A. Davidson* and *Mr. Preston C. West* for defendants in error.   [See *ante,* 622, 626.]

No. 912. VINCENTE GORDERO ET AL. *v.* UNITED STATES. Error to the District Court of the United States for Porto Rico.   March 19, 1923.   Docketed and dismissed, on motion of *Mr. Solicitor General Beck* for the United States. No appearance for plaintiffs in error.

No. 172. FEDERAL TRADE COMMISSION *v.* FRUIT GROWERS' EXPRESS, INC.   On writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit.   April 9, 1923. Dismissed with costs, per stipulation, on motion of *Mr. Solicitor General Beck* in that behalf.   *Mr. Charles J. Faulkner, Jr.,* and *Mr. R. F. Feagans* for respondent.

No. 866. UNITED STATES *v.* PENINSULAR STOVE COMPANY.   Appeal from the Court of Claims.   April 9, 1923. Dismissed, on motion of *Mr. Solicitor General Beck* for the United States.   No appearance for appellee.

No. 683. SEABOARD AIR LINE RAILWAY COMPANY *v.* A. D. WATTS, ETC., COMMISSIONER OF REVENUE, ETC., ET AL.   Appeal from the District Court of the United States for the Eastern District of North Carolina.   April 9, 1923.   Dismissed with costs, per stipulation.   *Mr. Thomas W. Davis* and *Mr. Murray Allen* for appellant. No appearance for appellees.